## VERIFICATION

1. I, Glen Liberman, of full age, hereby verify and state that I am the inventor and holder of United States Patent Number D639,199 and the sole member of Plaintiff, Kinekt Design, LLC.

2. I have full knowledge of all the facts and circumstances regarding this matter.

3. I have read the foregoing Verified Complaint and verify that the contents thereof are true based on my own personal knowledge, except as to any matters stated upon information and belief, and as to those matters, I believe them to be true based on the information available to me.

4. I hereby verify under penalty of perjury that the foregoing statements made by me are true and correct and I am aware that if any of the foregoing statements made by me are found to be willfully false, I am subject to punishment.

_____
Glen Liberman

Sworn and subscribed
before me on this
10 day of December, 2012

_____
My commission expires: 4/13/2016

REGGINA McKINNON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/13/2016

# **EXHIBIT A**

Kinekt Design

Page 1 of 1



NEWS   PRODUCTS   ABOUT   FAQ   EXTRAS


[5 ▼] SIZING   sizing chart » pdf


Free worldwide shipping
VAT/Duty not included

Lifetime warranty included

Easy return and exchange policy with no restocking fees



   

The patented Gear Ring is made from high quality matte stainless steel. It features micro-precision gears that turn in unison when the outer rims are spun (as can be seen in the video). It is currently available for purchase in sixteen standard US ring sizes: 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 & 20.

For sizing, please note that our ring is wider than average. If you are a half size, we recommend ordering the next whole size up (one half size larger).

Gift certificates and custom Gear Ring orders are available. Please email us for more information.

We gladly offer a full money back guarantee (see FAQ section) if you are unsatisfied with your purchase for any reason.

*Join mailing list.*   



"The 'Gear Ring' intrigued the engineer in me and opened my eyes to jewelry."

All content Copyright Kinekt Design LLC, Gear Ring patented and other patents-pending | All rights reserved | site design by swissmiss

# EXHIBIT B



US00D639199S

## (12) United States Design Patent
### Liberman et al.

(10) Patent No.: **US D639,199 S**
(45) Date of Patent: ** **Jun. 7, 2011**

(54) **GEAR RING**

(76) Inventors: **Glen Liberman**, Short Hills, NJ (US); **Ben Hooson**, Brooklyn, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/349,563**

(22) Filed: **Apr. 14, 2010**

(51) LOC (9) Cl. .................................................. 11-01
(52) U.S. Cl. ............................................... D11/26
(58) Field of Classification Search ............ D11/26–39, D11/3; 63/15, 15.1–15.4, 15.45, 15.5, 15.6, 63/15.65, 15.7, 26
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D119,814 S | * | 4/1940 | Whitehead | D11/38 |
| D170,628 S | * | 10/1953 | Capraro | D11/39 |
| D184,833 S | * | 4/1959 | Sager | D11/39 |
| D450,009 S | * | 11/2001 | Molfese | D11/26 |
| D491,834 S | * | 6/2004 | Flynn | D11/26 |
| D532,331 S | * | 11/2006 | Jang et al. | D11/26 |
| D588,489 S | * | 3/2009 | Kizys | D11/38 |
| D606,442 S | * | 12/2009 | Jang et al. | D11/26 |

* cited by examiner

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Melanie Levy
(74) *Attorney, Agent, or Firm* — Spriegel & Associates

(57) **CLAIM**

The ornamental design for a gear ring, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of gear ring showing our new design;
FIG. 2 is a top view thereof; and,
FIG. 3 is a front view thereof, the rear view being a mirror image of such front view.
The portions of the gears shown in broken lines, form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**EXHIBIT C**

Compose Mai... | Fashion Ring... | [HARO] Frida... | Spinning ... | Spinning Gea... | AliExpress / ... | Moto CMS HT... | Moto CMS HT...

le-gear-ctr-ring

PS Kinekt adwords maps DMCA Blogger Gcheckout Money WSj Y USPTO Login Ebay Amazon IOffer

TR Ring Shop

FREE SHIPPING ON ORDERS OVER $40!

Order toll free: 866-450-1388

ome | On Sale! | Mens CTR Rings | Womens CTR Rings | Kids CTR Rings | All Styles | Engravable R

a Ring:

r Search

Search

lmonials:

*lered my CTR ring 2 days and it arrived today, I just t! Thank you so much!"*

**her Hauman - UT**

*ank you for your otional service! I ordered a ring as a gift for my mother, came ahead of schedule she's absolutely thrilled with*

**er Hatzenbuhler - NY**

# Product Details

**Select your ring size, then click "Add to Cart"**

NOTE: Please allow additional processing time for engraved rings.

0

## Spinning Gear CTR Ring

*NEW!*

NEW! This stainless steel CTR ring features movable gears that allow the ring and gears to move. The collest ring we have seen and great for engineers or anyone who loves unique items!

**Specifications:**

| | |
|---|---|
| **Metal:** | Stainless Steel |
| **Band Width:** | 10mm |
| **Engraving Available:** | None |
| **Brand:** | One Moment In Time |

Click to enlarge image(s)

VISA

AMERICAN EXPRESS

**Shoppir**

**Items:**

**Subtotal:**

On all

**Looking**

**Small Siz**

**Big Sizes**

**Ring Excl**

**Measure**

ONLY 1.951

Read more testimonials...

LDS Booksellers Association ™

Proud member of the LDS Booksellers Association

GOLD
CTR RINGS

With over 19,000 satisfied LDS customers and 300+ products, we're confident you found the right place to purchase quality CTR rings. We take pride in our huge selection, top-notch customer service, free return policy, and guaranteed satisfaction.

## Select a CTR Ring Style:

Classic CTR Rings

Designer CTR Rings

Other LDS Rings

Spinner Rings

RWH & ETTE

Sports Rings

Foreign Rings

*New* CTR Rings!

## Most Popular CTR Rings: Women's / Men's

**Chain Spinner CTR Ring**
Price ~~$21.95~~
On Sale $19.95

**Sweetheart CTR Ring**
Price ~~$49.95~~
On Sale $44.95

**Elements CTR Ring**
Price ~~$35.95~~
On Sale $32.95

**Cursive CTR Ring**
Price ~~$14.95~~
On Sale $12.45

**Spinning Gear CTR Ring**
Price ~~$39.95~~
On Sale $34.95

## Other Links:

**EXHIBIT D**

Spinning Gear CTR Ring for Boys: Jewelry: Amazon.com                           http://www.amazon.com/Mens-Spinning-Gear-Ring-Boys/dp/B009M9LZ.

Case 2:12-cv-07003-SRC-CLW   Document 1-14   Filed 12/17/12   Page 10 of 20

Rachel's Amazon.com    Today's Deals    Gift Cards    Help

**Shop by Department**    **Search**  Jewelry    gear ring                                                    **Go**

**Jewelry**    Diamonds    Gemstones    Silver    Gold    Pearls    Wedding & Engagement    Amazon Curated Collection    Designer

One Moment In Time
# LDS Mens Spinning Gear CTR Ring for Boys

Be the first to review this item | (0)

Price: **$34.95**

Ring Size:
[ Select ]

Click to open expanded view



Share your own customer images

## Special Offers and Product Promotions

- **Six-Month Financing:** Make any purchase on Amazon totaling $149 or more using the Amazon. interest if paid in full within 6 months. Interest will be charged to your account from the purchas balance is not paid in full within 6 months. Minimum monthly payments required. 1-Click and ph details and restrictions.

## Product Specifications

### Jewelry Information

10/6/2012 9:58

| Brand, Seller, or Collection Name | One Moment In Time |
|---|---|
| Metal stamp | Not stamped |
| Metal | Stainless steel |
| Resizable | No |

## Product Description

NEW! This stainless steel CTR ring features movable gears that allow the ring and gears to move. Th great for engineers or anyone who loves unique items!

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B009M9LYEQ

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Ads from External Websites (What's this?)



South Carolina Gamecocks Logo Crystal Stacked Ring Set
$119.99
No Shipping Info
__FansEdge, Inc.__



South Carolina Gamecocks Logo Crystal Stacked Ring Set
$99.99
No Shipping Info
__FansEdge, Inc.__



South Carolina Gamecocks Logo Crystal Stacked Ring Set
$99.99
No Shipping Info
__FansEdge, Inc.__



San Diego Charger Stainless Steel Cry Stack Ring Set
$123.75
No Shipping Info
__Kohl's__

See a problem with these advertisements? Let us know

## Customers Viewing This Page May Be Interested in These Sponsored Links (Wha!

**LDS CTR Ring** — 150+ **CTR Rings** for **Men**, Women & Children. $0.99 Shipping Anywhere!

**Kinekt Gear Ring** — Official Site. Patented. Lifetime Warranty & Free shipping

**Classic CTR Rings 20% Off** — Put a **CTR Ring** on your finger and always Choose the Right!

See a problem with these advertisements? Let us know

**EXHIBIT E**



Shopping Bag   2 item(s) / Total: $69.90

search by keyword

Home    About Us    Gift Registry    My Account    Contact Us    Blog

OUR PRODUCTS
  CTR RINGS
    Classic Rings with shield
    Designer CTR
    LDS Rings, not with CTR
    Language Rings
    Return With Honor
    Titanium
    Tungsten
    Spinner Rings
    Fashion Rings
    Ceramic
  STATUES
    Cultured Marble
    Porcelain
    Paperweight
    Figures
  PINS / TIE TACKS
    Key Tags/ Zipper Pulls
    Tie Bars
    Sports
    Temple
  PLATES
  CHARMS
  ORNAMENTS
    Magnets
  ART & Home Decor
    Real Hero posters
    Temple Art
    Home Decor
    LDS Art
  COINS
  COLLECTABLES
    Tapestry
    Crystal Cubes
    Belt Buckles
    Bookmarks
  T-SHIRTS
    Mens
    Womens
    Kids
  OIL VIALS
  JEWELRY
    Bracelet
    Earrings
    Necklace
    Dog Tags
    Loving Family
    Slap Bracelet
  TOTES
    Leather

Home > CTR RINGS > Spinner Rings

# CTR RING Stainless Steel "Gear"

Part Number J147



Email a friend    Review this item

Price

Availability: Usually Ships within 24hrs excluding weekends and holidays

Your Price: $34.95

 SHIPPING

Like   Sign Up to see what your friends like.

Choose Options

Ring Size
○ 8
○ 8.5
○ 9
○ 9.5
○ 10
○ 10.5
○ 11
○ 11.5
○ 12
○ 12.5
○ 13

NEW RELEASES

 New Product - Please enter name here
$0.00
more details

CTR Ring "White Gold"
$323.94

CTR Ring "Football"
$39.96

BY PRICE

$0 - $24.99
$25 - $49.99
Over $50

Children
Men
Women
Collegiate
NECKTIES
  Men
  Youth
CHESS SET
OLIVE WOOD
  Grottos
  Figurines
Journal
Accessories
Temple Recommend Holders
Scripture Markers & Pens
NEW!!!!!
SALE

FAVORITE BRANDS

8APPAREL
BELLA MCKINSEY
Carrington Publishing
Dean Kleven
EAGLE MOUNTAIN
EARTHWOOD
HANSEN CLASSICS
Heritage Medallions
JOHNSON BROTHERS
LATTER DAY DESIGNS
LYON DESIGN
MARYETTA'S
ONE MOMENT IN TIME
Pillow Tie
PIONEER PLUS
REAL HERO POSTERS
RINGMASTERS
ZION CLOTHING

Quantity  1   Add to Cart

Add to Gift Registry

Description

- Gear CTR Ring
- The gears move
- Stainless Steel
- 10mm 1oz
- Stock Sizes 8-13
- Comfort fit
- Makes a wonderful Gift
- Designed by members of the Church of Jesus Christ of Latterday Saints
- Look for all of our other related LDS Mormon CTR RING related Gifts

Related Items



YW Flower Ring
"Value Colors"

0 Review(s)

Your Price: $9.99

Add To Cart



Baptism Flower Ring
"White"

0 Review(s)

Your Price: $9.99

Add To Cart



Spinner Ring
"Multi-Color Flower"

0 Review(s)

Your Price: $13.99

Add To Cart



CTR RING SPINNER
"Shiny Wide"

0 Review(s)

Your Price: $14.95

Add To Cart



CTR RING SPINNER
"Shiny Narrow"

0 Review(s)

Your Price: $10.95
On sale: $9.98

Add To Cart



CTR RING SPINNER
"Never Forget"

0 Review(s)

Your Price: $10.95
On sale: $4.95

Add To Cart

Browse Similar Items
NEW!!!!!
CTR RINGS

Sign Up For Our Newsletter  enter email    ⊙ Subscribe  ○ Unsubscribe   submit

Terms and Conditions |Become an Affiliate |Product Index |Category Index |

Sitemap

Copyright 2012 CTR RING SALES. All Rights Reserved. eCommerce Software by 3dcart.

**EXHIBIT F**



www.moronibooks.com/#{selector%3A*.ldsba-body*%2Cmodule%3A*/ldsba/productDetail.module*%2Cparameters%3A{product%3A*15914*}}   C    ▾ Google

Dhost   PayPal   Kinekt Design    Ebay    reddit    Amazon    iOffer    DHGate   Intl Ring Sizes   USPS   Google Translate   AdWords   Taobao   DMCA

**New Releases On Sale Now**

Categories

- Art & Decor
- Audio Books & Talks
- Baptism
- Books
- Calendars
- Christmas
- Clothing
- CTR Rings
- Games
- Gift Wrap & Services
- Greeting Cards
- Jewelry
- Journals
- Missionary
- Movies
- Music
- Neckties
- Office Supplies
- Other
- Preparedness
- Scriptures
- Stickers
- Teaching Aids
- Totes & Bags
- Toys



**TOP-Gear - Stainless Steel - Ring**
One Moment in Time
Ring

Release Date: 2012-09-01
ISBN: OMJ147
Weight: 0.2
Available: Ships in 7 to 14 days

Price: $34.95

Add to Cart

**Product Details**

**ID:** 15914
**Title:** TOP-Gear - Stainless Steel - Ring
**Author/Artist:** One Moment in Time
**Format:** Ring
**ISBN/UPC:** : OMJ147
**Vendor Product Code:** : J147
**Vendor:** One Moment in Time
**Imprint:** One Moment in Time
**Release Date:** 2012-09-01
**Published:** 1
**Kahuga SKU:** C4D8F606-2B80-0001-BB11-DCDD19C914030031
**Price:** 34.95
**Category:** Other > Other > Other

Join us on


**EXHIBIT G**

www.booksandthings.com/product/OMJ147

# books&things

Track Your Order  Checkout  Product Search: Search Box

Categories
- Shop FULL B&T by Page
- Apparel
- Art/Cards/Home Decor
- Audio
- Baptism
- Bestsellers
- Books
- Books and Things Top 10
- Bookmarks
- Calendars/Planners

## Order Now

+1 0   Tweet 0   Like 2  Pin it

Top-Gear - Stainless Steel - Ring
*Stainless Steel CTR Ring
*Moveable gears - both ways
*In terms of allergic safety and high durability this material is superior to most precious metals

*Available sizes 8 - 13 - Choose size below

Join our FREE Mailing/Email List
Privacy by SafeSubscribe
For Email Newsletters you can trust

Shopping Cart

Items: 0
Subtotal: $0.00
Product Search

Price
$ ____ to $ ____

Search

www.booksandthings.com/product/OMJ147

Categories

- Shop FULL B&T by Page
- Apparel
- Art/Cards/Home Decor
- Audio
- Baptism
- Bestsellers
- Books
- Books and Things Top 10
- Bookmarks
- Calendars/Planners
- Children
- Christmas
- Computer Software
- Doctrine and Reference
- Family
- Food
- Gifts/Miscellaneous
- Gift Ideas for Dad
- Gift Ideas for Mom
- Jewelry
- Magnets
- Missionary

# Order Now

+1 0 Tweet 0 Like 2 Pin it

Top-Gear - Stainless Steel - Ring

*Stainless Steel CTR Ring
*Moveable gears - both ways
*In terms of allergic safety and high durability this material is superior to most precious metals

*Available sizes 8 - 13 - Choose size below

Click to enlarge image(s)

SKU OMJ147

Weight 0.9 lb

Choose Your Size Size 8

Price $34.95

Qty Not available in the current price set.

Submit a Review...

Join our FREE Mailing/Email List

Privacy by SafeSubscribe

Shopping Cart

Items: 1

Subtotal: $9.99

View Cart | Checkout

Product Search

Price

$ to $

Search

